Entered on Docket
March 03, 2020
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

DEVIN DERHAM-BURK, ESQ. #104353
CHAPTER 13 STANDING TRUSTEE
DEVIN L. PACE, ESQ. #256514
NANETTE DUMAS, ESQ. #148261
JANE Z. BOHRER, ESQ. #243692
P.O. BOX 50013
SAN JOSE, CA 95150-0013
TELEPHONE: (408) 354-4413
FACSIMILE: (408) 354-5513

The following constitutes the order of the Court.
Signed: March 2, 2020

_____
M. Elaine Hammond
U.S. Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA - DIVISION 5

IN RE:

MUZYEN M. ABDULKADIR,

　　　　　　　　Debtor.

CHAPTER 13 CASE NO. 19-51216 MEH

**ORDER SUSTAINING TRUSTEE'S OBJECTION TO CONFIRMATION**

Date:　February 25, 2020
Time:　10:00 a.m.
Place　280 S. First Street, Courtroom 11
　　　　San Jose, California 95113
Judge:　The Hon. M. Elaine Hammond

　　A hearing on the Trustee's Objection To Confirmation [Docket #62] was held on February 25, 2020 at 10:00 a.m. Based on the record before the Court, including the Trustee's Fourth Amended Objection to Confirmation and Debtor's failure to oppose either objection or appear at the hearing, the Court finding good cause hereby SUSTAINS the Trustee's Objection to Confirmation.

　　　　　　　　　　*** END OF ORDER ***

# COURT SERVICE LIST

Case Name: In re Muyzen M. Abdulkadir
Case No.: 19-51216 MEH

Registered ECF participants will receive an electronically mailed copy of the foregoing document. Non-registered parties, and/or those not represented by a registered ECF participant:

NONE.